AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Jerry McKee <br><br> *Plaintiff(s)* <br> v. <br> C.O. Donald Ballard, C.O. Charles Pereira, C.O. Kyle Brooks, Sgt. Scott Hamel, and C.O. Jonathon Tucker <br><br> *Defendant(s)* | Civil Action No.  9:25-cv-855  AJB/DJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  -C.O. Jonathon Tucker: c/o Greene Correctional Facility, 165 Plank Rd, Coxsackie, NY 12051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sivin, Miller & Roche LLP
20 Vesey Street, Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  July 1, 2025

Clerk of Court

s/N. Steves

*Signature of Clerk or Deputy Clerk*