

**Office of the New York State Attorney General**

**Letitia James Attorney General**

Writer Direct: (518) 776-2582

September 3, 2025

Hon. Daniel J. Stewart, U.S. Magistrate Judge (via ECF)
Federal Building and U.S. Courthouse
445 Broadway
Albany New York 12207

Re: *McKee v. Ballard et al*
*Northern District of New York*
9:25-CV-855

Dear Judge Stewart:

    The undersigned filed a Notice of Appearance on July 28, 2025, on behalf of Defendants C.O. Charles Pereira and C.O. Donald Ballard in the above-referenced matter. ECF No. 13. In the intervening days this office has also received requests for representation from Defendants C.O. Kyle Brooks, and C.O. Jonathon Tucker. A request for representation from Sgt. Scott Hamel remains outstanding.

    On July 28, 2025, Defendant also requested with consent that this Court globally extend the deadline to answer the Complaint to September 15, 2025, which was granted via Text Order. ECF No. 14. In that request however we did not include a request to move the deadline for exchange of mandatory disclosures, currently scheduled for September 24, 2025, nor that of the initial conference currently scheduled for October 1, 2025, and the Text Order subsequently did not address that scheduling. *Id.*

    This office is still waiting for not only a request for representation from Sgt. Hamel but following that must compile information and documents necessary to prepare mandatory disclosures. In light of the foregoing, it is respectfully requested that the schedule for the exchange of mandatory disclosures be adjourned to no earlier than October 31, 2025, with the initial conference to be held thereafter.

    Plaintiff's counsel has graciously agreed to this request. This adjournment will allow time for the original scheduling intervals to be followed, will allow time to ascertain whether Sgt. Hamel requests representation, and to compile necessary records for a more thorough production.

   Both counsel would also jointly request that the scheduled Rule 16 conference be held virtually in consideration of Plaintiff's home office and the expected brevity of the Conference in light of such continued cooperation.

   Thank you for your kind consideration to this request.

                   Respectfully yours,

                   *s/ Peter A. McDaniel*
                   Peter A. McDaniel, A.A.G., of Counsel
                   Office of the Attorney General, Litigation Bureau
                   The Capitol
                   Albany, New York 12224-0341
                   Bar Roll No. 518415
                   Phone: (518) 776-2582
                   Email: Peter.McDaniel@ag.ny.gov

To: *all parties of record via NYSCEF*