UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JERRY MCKEE,

Plaintiffs,

-against-

C.O. BALLARD, C.O. CHARLES PEREIRA,
C.O. KYLE BROOKS,
SGT. SCOTT HAMEL, and
C.O. JONATHON TUCKER

Defendants.

---

**STIPULATION AND
ORDER OF
DISCONTINUANCE
PURSUANT TO RULE
41(A)**

25-cv-00855

(AJB)(DJS)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff

Jerry McKee, Letitia James, Attorney General of the State of New York, Peter McDaniel, Assistant

Attorney General, of counsel, appearing for defendants Charles Pereira, Kyle Brooks, Scott Hamel

and Jonathan Tucker, and Ryan T. Donovan , appearing for defendant Donald Ballard, parties to

the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom

a committee has been appointed, and no person not a party has an interest in the subject matter of

the action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby

discontinues this action with prejudice, and without damages, costs, interest or attorneys' fees.

Dated: Attica, New York
        April     , 2026
        May

Jerry McKee
DIN No. 01A1716
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011-0149

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____7_____ day of

May, 2026.

_____
JERRY McKEE
Claimant

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF Wyoming    )

On this _____7_____ day of May, 2026 before me personally appeared **JERRY McKEE** to be known and known to be the person described herein and who executed the foregoing release and acknowledged to me that he/she executed the same.

_____
Notary Public

Michelle A Kibler
Notary Public. State of New York
Registration No. 01KI6426443
Qualified in Wyoming County
Commission Expires 12/13/2029